March 3, 2005

Certified Mail
Return Receipt #7004160000622278590

Honorable Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED MAR 14 2005
LORETTA G. WHYTE
Clerk

    Re: **MICHAEL CAULFIELD**   00 CR 253 N
        Case Number: **00-CR-2539-N**

(1) Notice of Intent and Necessity to Amend Title 28 §2255 Motion to Vacate, Correct, or Set Aside Judgement forwarded on September 7, 2003 with Transverse Pleading filed on November 10, 2003.

(2) Notice of Address Change and Transfer within the Federal Bureau of Prisons.

Dear Sir or Madame,

    Please allow this to serve as Notice of Intent and Necessity to Amend my original Title 28, U.S.C. §2255 Motion to Vacate, Correct, or Set Aside Judgement filed on September 7, 2003, along with the Transverse Pleading in the same matter filed on November 10, 2003, and please allow this Notice to serve as the same as an amendment in the matter for the following reasons.

    Recent Supreme Court decisions will have a direct and considerable effect in this matter for this habeas corpus review; therefore, in the interest of justice, the pleadings in the above numbered cause should therefore be amended to include issues as heard and ruled in the following and will and may be applicable in these proceedings:

    United States of America v. Francisco D. Pineiro, (2004) U.S. App. Lexis 14259, 377 F.3d 464 (07/12/2004), No. 03-30437.

    United States of America v. Freddie J. Booker, No. 04-104.

    United States of America v. Duncan Fanfan, No. 04-105.

    Blakely v. Washington, No. 02-1632, 124 S.Ct.2531 (U.S. 06/24/2004).

    Also, please be advised that I have been transferred within the Federal Bureau of Prisons from Oakdale, Louisiana to Forrest City, Arkansas. My new address will follow my closing signature.

-1-

Fee_____
Process_____
X Dktd_____
X CtRmDep_____
Doc.No._____

Hon. Clerk of Court
March 3, 2005
Re:  MICHAEL CAULFIELD  Case Number: 06-CR-2539-N
Page 2 of Two


    You will find three (3) copies of this enclosed.  Please return one (1) copy to me with your time-date stamp of filing in the envelope provided for your convenience.  Please file the remainder accordingly as if it were filed with the original pleadings.

    Should you have any questions, or need additional information, please contact me.

    Thanking you and with the kindest regards.  As I remain,

                          Sincerely yours,


                          */s/ Michael Caulfield 26639-034*
                          MICHAEL CAULFIELD
                          FBOP #26639-034
                          (In Proper Person)
                          Federal Correctional Complex-Medium
                          PO Box 3000
                          Forrest City, AR 72335


cc

encl(s):   3 true and exact copies
           envelope for return copy






MICHAEL CAULFIELD
FBOP# 26639-034
FEDERAL CORRECTIONAL COMPLEX-MEDIUM
PO BOX 3000
FORREST CITY, AR 72335

LEGAL MAIL

HONORABLE CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LA 70130

U.S. POSTAGE PAID
FORREST CITY, AR
72235
MAR 10. 05
AMOUNT
$0.00
00046805-03

7004 1160 0006 2227 8590

CERTIFIED MAIL