UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA.

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED JUN - 2 2006

LORETTA G. WHYTE
Clerk

UNITED STATES OF AMERICA

-VS-

MICHAEL.CAULFIELD

) PETITIONER )

CRIMINAL ACTION

NO. 00-253

SECTION-N.

MAY 25th, 2006

RE-CASE# 00-253

STATUS OR UPDATE ON 2255 motion.

on ABOVE SAID CASE...

\_Fee\_\_
\_Process\_\_
X Dktd\_\_
X CtRmDep\_\_
Doc. No.\_\_

( STATUS ON CASE# 00-253 )

DEAR CLERK, PETITIONER MICHAEL.CAULFIELD WOULD LIKE TO KNOW THE STATUS ON HIS CASE THATS STILL PENDING BEFORE THIS HONORABLE DISTRICT COURT.

A RULING HAVENT BEEN MADE YET ADDRESSING PETITIONER 2255 MOTION. PETITIONER WOULD LIKE TO KNOW WHEN A JUDGMENT WOULD BE ISSUED CONCERNING HIS CASE.(THANK YOU FOR YOUR HELP IN THIS MATTER )

SINCEREILY, *Michael Caulfield*

MICHAEL.CAULFIELD

REG# 26639-034

FEDERAL CORRECTIONAL COMPLEX

P.O. BOX  3000

FORREST CITY, ARKANSAS 72336

PRO- SE TO SEVE,

U.S.DISTRICT COURT

CLERK OFFICE...

LORETTA.G.WHYTE

   (CLERK )

500 POYDRAS  ST.

NEW ORLEANS,L.A. 70130



MEMPHIS TN 381
31 MAY 2006 PM 3 L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.
500 POYDRAS STREET.
NEW ORLEANS, L.A. 70130

Name Michael Caulfield
Reg # 26639-034
Federal Correctional Complex-Med.
P.O. Box 3000-Medium
Forrest City, AR 72336