IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED AUG 1 4 2006

LORETTA G. WHYTE
Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | Case No. 00-CR-253  N(4) |
| | § | |
| MICHAEL CAULFIELD, | § | |
| Petitioner. | § | |

### MOTION FOR DISCOVERY

COMES NOW Michael Caulfield (hereinafter "Caulfield"), Petitioner in the above styled and captioned Case Number, through pro se representation, and would humbly move this court for discovery material pertinent to the pending action in this district court. Caulfield would show the need for discovery by the following:

At present there sits a 28 U.S.C. § 2255 before this court. In such, Caulfield has raised a number of valid issues which merit this court's attention. One such issue pertains to the indictment which charged Caulfield.

There were a number of indictments in the instant case. While previous indictments were lodged, Caulfield is only concerned with the redacted superceding indictment of August 3, 2001.

Caulfield presents that he is not on a fishing expedition trying to find anything that <u>might</u> support further relief pursuant

___Fee____
___Process____
_X_Dktd____
_X_CtRmDep____
Doc. No.____

to the present § 2255 sitting before this court. See <u>United States v. Carvajal</u>, 989 F.2d 170 (5th Cir. 1993). Rather, Caulfield specifically is requesting the Grand Jury minutes of August 3, 2001, in regards to Case No. 00-CR-257. Caulfield believes the redacted superceding indictment was not signed by the Grand Jury Foreman, and therefore is invalid.

Caulfield contends that the government alleges the Grand Jury met on August 3, 2001, a Friday, and issued a new redacted superceding indictment, and that following Monday, August 6, 2001, government was fully prepared for trial. Caulfiled intends to prove this was an impossibility, and would request the Grand Jury Minutes of August 3, 2001, to prove the Grand Jury did not meet on this day.

While Caulfield concedes the court does not allow fishing expeditions, it does allow specific discovery requests. Especially to defendants not able to afford qualified investigation.

WHEREFORE, Caulfield prays this court grant the request for discovery, specifically the Grand Jury Minutes of August 3, 2001, in regards to Case No. 00-CR-253, and any other relief so deemed just and proper by this court.

Executed on this the ____ day of August, 2006.

Respectfully submitted,

*Michael Caulfield # 26639-034*
Michael Caulfield

2

August ___, 2006


Office of the Clerk
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras St., Room C-151
New Orleans, LA 70130

Re: <u>United States v. Caulfield</u>,
    <u>Case No. 00-CR-253</u>

Dear Clerk of the Court:

Enclosed please find one filing for today. Within is one (1) original and one (1) copy of <u>Motion For Discovery</u>, and I would kindly ask that you please file this at your earliest convenience.

Further, let it be known that I have this day served same upon the United States Attorney's Office.

Thank you for your kind attention.

Sincerely, *Michael Caulfield*
           *#26639-084*

Michael Caulfield
Reg. No, 26639-034
Federal Correctional Complex (Medium)
P. O. Box 3000
Forrest City, AR 72336

Michael Caulfield
Reg. No. 26639-034
Federal Correctional Complex (Medium)
P.O. Box 3000
Forrest City, AR 72336

** SPECIAL **
LEGAL MAIL

MEMPHIS TN 381
11 AUG 2006 PM 2 T

Office of the Clerk
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras St., Room C-151
New Orleans, LA 70130

70130+33367

