UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-253 |
| MICHAEL CAULFIELD | SECTION "N" |

## J U D G M E N T

For all the reasons set forth in the Court's Order and Reasons dated September 22, 2006; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that petitioner Michael Caulfield's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence is **DENIED**.

New Orleans, Louisiana, this __22nd__ day of September, 2006.

_____
**KURT D. ENGELHARDT**
**United States District Judge**