UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MICHEAL.CAULFIELD

-VS-

UNITED STATES OF AMERICA

CRIMINAL DOCKET

NO. 00-253 N

SECTION- N

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED OCT 1 6 2006
LORETTA G. WHYTE
Clerk

NOTICE OF APPEAL TO THE UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF LOUISIANA,

FROM THE JUDGMENT OF THE DISTRICT COURT.

NOW, COMES THE PETITIONER, MICHEAL.CAULFIELD, IN THESE POST-CONVICTION PROCEEDINGS HERE BY APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA SECT- N. FROM ITS ORDER BY THE HONORABLE JUDGE (KURT D.ENGELHARDT) DENYING RELIEF UNDER TITLE 28U.S.C. SECTION 2255 ON THE DATE OF SEPTEMBER 22,2006 which THIS COURT ISSUED THE ORDER AND THE JUDGMENT OF THE DISTRICT COURT DISMISSING WITH PREJUDICE THE PETITIONER MOTION PURSUANT TO 28U.S.C. 2255.
THE PETITIONER NOW APPEAL THE DENIAL OF HIS 2255 MOTION.

(CERTIFICATE OF SERVICE)

I, MICHEAL.CAULFIELD, DO HERE BY CERTIFY THAT A TRUE COPY OF THE FOREGOING NOTICE OF APPEAL HAS BEEN SERVED TO THE ASSISTANT U.S. ATTORNEY MAURICE LANDRIEU AT 500 POYDRAS ST. NEW ORLEANS LA. 70130, AND THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, AT THE SAME ABOVE MENTIONED ADDRESS...

RESPECTFULLY SUBMITTED,

x Michael Caulfield #26639-034

MICHEAL.CAULFIELD

REG# 26639-034

FEDERAL CORRECTIONAL COMPLEX

P.O. BOX 3000

FORREST CITY, ARK 72336

SIGNED THIS DATE 12 OCTOBER 2006.



MEMPHIS TN 381
13 OCT 2006 PM 1 T

United States District Court
Eastern District of Louisiana
Office of the Clerk
500 Poydras St. Rm. C-151
New Orleans, LA 70130

Name: Michael Caulfield
Reg # 26632-034
Federal Correctional Complex-Med.
P.O. Box 3000-Medium
Forrest City, AR 72336