IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED NOV - 6 2006
LORETTA G. WHYTE
Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | Criminal Action No. 00-253 |
| | § | SECTION "N" |
| MICHAEL CAULFIELD, | § | |
| Petitioner. | § | |

## MOTION FOR EXTENSION OF TIME

COMES NOW Michael Caulfield (hereinafter "Caulfield"), Petitioner in the above styled and numbered Criminal Action Number, through pro se representation, and would humbly move this court for an extension of time in which to file his notice of appeal. Caulfield would show good cause why such extension should be granted by the following:

1) Caulfield filed with this court a motion pursuant to 28 U.S.C. § 2255 on September 4, 2003. This motion was heard and ultimately denied by this court on September 22, 2006.

2) Caulfield is an inmate housed at Federal Correctional Complex (Medium), Forrest City, Arkansas. He is not a layer by any stretch of the imagination, and is proceeding through pro se representation. He is not well versed in the legal arena, and he does not fully understand the intricate maneuvering of lawyers trained in the workings of the courts.

Fee____
Process____
X Dktd____
X CtRmDep____
Doc. No.____

3) Caulfield presents that the law library at his facility is totally computer automated. As such, there are no case law books available. While this system certainly reduces the cost of continually updating books and the like, the system is new to the prison setting. For this reason, there are still some bugs that are being worked out. For the past week, and intermitingly before this, the computer system has been down. The staff informs Caulfield that it does not know exactly when the system will be operational once again. The printing capabilities for this computer system in retrieving copies of cases has been inoperable for more than a year, and any research being done, when the system is running, is copied from the computer by hand.

Therefore, Caulfield at this time humbly requests an extension of thirty (30) days in which to file a proper notice of appeal with a Memorandum in Support of Certificate of Appelability. Caulfield has not contacted the United States Attorney in regards to this extension, but would assume their understanding of the situation would not be against this extension.

If there are any questions or concerns for this court, the staff have provided a telephone number to call. 870-494-4200.

Executed this the 31st day of October, 2006.

Respectfully submitted,

*Michael Caulfield 26639034*
Michale Caulfield
Reg. No. 26639-034
Federal Correctional Complex (Med)
P. O. Box 3000
Forrest City, AR 72336

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that I have served a true and correct copy of the foregoing to the United States Attorney, via U.S. Postal Service, all first class fees and postage prepaid, by placing same into the institutional legal mail system on this the 31st day of October, 2006.

*Michael Caulfield* 26639 034
Michael Caulfield



Name: Michael Caulfield
Reg # 26629-034
Federal Correctional Complex-Med.
P.O. Box 3000-Medium
Forrest City, AR 72336

MEMPHIS TN 381
02 NOV 2006 PM 1 L

(CLERKS OFFICE)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM-C-151
NEW ORLEANS, LOUISIANA 70130

7013 0413 15