UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED NOV 29 2006

LORETTA G. WHYTE
Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Respondent, § | |
| § | |
| vs. § | Criminal Action No. 00-253 |
| § | Section "N" (4) |
| MICHAEL CAULFIELD, § | |
| Petitioner. § | |

## NOTICE OF APPEAL

COMES NOW Michael Caulfield (hereinafter "Caulfield"), Petitioner in the above styled and captioned Criminal Number, through pro se representation, and would place this court on notice of his intent to appeal the decision rendered by this court. Caulfield would show good cause by the following:

On September 4, 2003, Caulfield filed in this district court a motion to vacate, set-aside or correct sentence, pursuant to 28 U.S.C. § 2255, with memorandum in support. Caulfield raised a number of valid issues, of which were ultimately denied on September 22, 2006.

Caulfield presents the district court ruled contrary to established Supreme Court precedent, lower court rulings as well as statute. Therefore, Caulfield, at this time, makes this Notice of Appeal timely and in accordance with 28 U.S.C.

___Fee Not Pmd
___Process_____
_X_Dktd_____
_X_CtRmDep_____
Doc. No._____

§ 2255 and rules of the Federal Rules of Appellate Procedure.

Executed on this the 22nd day of November, 2006.

Respectfully submitted,

*Michael Caulfield* 26639-034
Michael Caulfield
Reg. No. 26639-034
Federal Correctional Complex (Medium)
P. O. Box 3000
Forrest City, AR 72336

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that I have this day served <u>Notice of Appeal</u> upon Maurice Landrei, Assistant United States Attorney, 501 Magazine Street, New Orleans, LA 70130, via U.S. Postal Service, all first class fees and postage prepaid, by placing same into the institutional legal mail system on this the 22nd day of November, 2006.

*Michael Caulfield* 26639-034
Michael Caulfield

Michael Caulfield
Reg. No. 26639-034
Federal Correctional Complex (Medium)
P. O. Box 3000
Forrest City, AR  72336

MEMPHIS TN 381
27 NOV 2006 PM 3 L

Office of the Clerk
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras St., Room C-151
New Orleans, LA  70130