```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2006 DEC 20  PM 12: 15

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NUMBER: 00-253

MICHAEL CAULFIELD                       SECTION: N

### ORDER

Considering the application and affidavit to proceed *in forma pauperis*,

IT IS ORDERED that:

[✓] the motion is GRANTED; the party is entitled to proceed *in forma pauperis*.

[ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ] the motion is DENIED; the party is not entitled to proceed *in forma pauperis* for the listed reasons: _____

_____

_____

New Orleans, Louisiana, this 20th day of December, 2006.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.