U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  AUG 2 0 2007

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 16, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 06-31159 USA v. Caulfield
    USDC No.  2:00-CR-253-9
                2:03-CV-2542

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 5 ) Volumes     ( 1 ) SEALED Envelope     ( ) Boxes

The electronic copy of the record has been recycled.

                          Sincerely,

                          CHARLES R. FULBRUGE III, Clerk

          By: _____
                  Kim Folse, Deputy Clerk
                  504-310-7712

cc: w/encl:
    Mr Michael Caulfield
    Mr Maurice Landrieu

MDT-1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____