U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  MAR - 3 2008

LORETTA G. WHYTE
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
--NEW ORLEANS DIVISION--

| | | |
|---|---|---|
| United States of America, | * | Criminal Action No. **00-253** |
| Plaintiff-Respondent, | * | |
| | * | Section "N" (4) |
| v. | * | |
| | * | New Orleans, LA |
| Michael Caulfield, | * | |
| Defendant-Petitioner. | * | **HON. KURT D. ENGELHARDT** |

## MOTION TO REDUCE SENTENCE PURSUANT TO TITLE 18, U.S.C. §3582(c)(2), FOR RE-SENTENCING HEARING, AND FOR THE APPOINTMENT OF INDIGENT COUNSEL

NOW INTO COURT COMES the Defendant-Petitioner, **MICHAEL CAULFIELD**, hereinafter "Defendant", in proper person, who respectfully moves this Honorable Court in seeking the reduction of his sentence pursuant to Title 18, U.S.C. §3582(c)(2) while also requesting that this Court for retroactive application to Amendment 706, under U.S.S.G. §1B1.10, also for a re-sentencing hearing to argue and review sentencing factors, and in addition, the appointment of indigent counsel to represent him.

Defendant respectfully submits to this Honorable Court his Memorandum in support of this instant motion and to reduce his sentence of 275 months from the advisory guideline range of 235 to 293 months to an advisory range of 188-235 months at level 34 with judge-found facts, or preferably, to level 30 ranging from 121-151 months without judge-found facts, or a sentence this Court deems necessary after reviewing the §3553(a) factors in the exercise of its discretion, and to have a re-sentencing hearing with the appointment of indigent counsel in the matter of due

TENDERED FOR FILING

MAR - 3 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___Fee_____
___Process_____
_X_Dktd_____
_X_CtRmDep_____
Doc. No._____

-1-

process, equal protection, and in the interest of justice and fundamental fairness.

Defendant's 275 month sentence far exceeds the proper guideline range.

WHEREFORE, Defendant prays after due proceedings being had that this Court grants this Motion for judicial relief as prayed, and for all other equitable relief he may be entitled.

Signed and dated this __27th__ day of __February__, 2008 at the Federal Correction Complex (Medium) in Forrest City, Arkansas.

Respectfully submitted,

*Michael Caulfield* #26639034
MICHAEL CAULFIELD
FBOP# 26639-034
Federal Correctional Complex
P.O. Box 3000  (Medium)
Forrest City, AR 72336

Defendant-Petioner, In Pro Se

-2-