AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

__Eastern__ DISTRICT OF __Louisiana__

United States of America,
　　Plaintiff-Respondent,
　　v.

Michael Caulfield,
　　Defendant-Petitioner.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER:

Criminal Action No.: 00-253
Section "N"  - New Orleans

I, __Michael Caulfield__, declare that I am the (check appropriate box)

☐ petitioner/plaintiff　　　　☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant　　　☒ __Defendant-Petitioner__
　　　　　　　　　　　　　　　　　　　other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

I am filing a Title 18, U.S.C. §3582(c)(2) Motion to Reduce my sentence relative to the recent change in the U.S.S.G. as it pertains to crack offenders to be effective on March 3, 2008. I am also requesting a resentencing hearing and the appointment of indigent counsel.

In further support of this application, I answer the following questions.

1. Are you presently employed?　　　　　　　　　　　　　　Yes ☒　　No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   Only through correctional complex (prison labor).
   Federal Bureau of Prisons - average monthly $__18.00-20.00__

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment　　Yes ☐　　No ☒
   b. Rent payments, interest or dividends?　　　　　　　　　Yes ☐　　No ☒
   c. Pensions, annuities or life insurance payments?　　　　　Yes ☐　　No ☒
   d. Gifts or inheritances? From family　　　　　　　　　　Yes ☒　　No ☐
   e. Any other sources? See 1a above-prison labor　　　　　 Yes ☒　　No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

d. from prison labor -- 12 month total $200.00+/- .
e. from family-for hygiene, laundry, health, etc. 12 mos. $550.00+/-

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☒    No ☐    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   $_____ .

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐    No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Febraury 27, 2008                    _____
             (Date)                                Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __$ .60__ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __-0-__

I further certify that during the last six months the applicant's average balance was $ _$20.60_

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

MICHAEL CAULFIELD
FBOP# 26639-034
Federal Correctional Complex
P.O. Box 3000 (Medium)
Forrest City, AR 72336

LEGAL MAIL

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130