# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*U.S. COURT OF APPEALS RECEIVED APR 0 4 2008 NEW ORLEANS, LA.*

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED APR 14 2008 LORETTA G. WHYTE CLERK*

William K. Suter
Clerk of the Court
(202) 479-3011

March 31, 2008

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Michael Caulfield
v. United States
No. 07-9567
(Your No. 06-31159)

*CR 00-253-N*

*U.S. COURT OF APPEALS FILED APR 11 2008 CHARLES R. FULBRUGE III CLERK*

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

April 11, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 06-31159 USA v. Caulfield
        USDC No.  2:00-CR-253-9
                   2:03-CV-2542

Enclosed is a copy of the Supreme Court order denying certiorari.

                        Sincerely,

                        CHARLES R. FULBRUGE III, Clerk

                        *Charlene A. Vogelaar*
By: _____
                        Charlene Vogelaar, Deputy Clerk
                        504-310-7648

MDT-1