LAED 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MICHAEL CAULFIELD | ) Case No: 00-253 |
| | ) USM No: 26639-034 |
| Date of Previous Judgment: 11/07/2001 | ) Bruce Ashley |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 275 months **is reduced to** 250 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 235 to 293 months | Amended Guideline Range: | 188 to 235 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other (explain):

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'time served' sentence.

**III. ADDITIONAL COMMENTS**

To the extent that this reduced sentence of 250 months as to Counts 1 and 2 is above the amended guideline range, the Court finds that it is a fair reduction based on the facts of this particular case and Defendant's criminal history. The Court has considered all relevant factors, including the nature of the offense and Defendant's prior history. Notably, Defendant's sentence of 48 months as to Count 3 remains unchanged.

Except as provided above, all provisions of the judgment dated 11/07/2001 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 08/18/2008

Judge's signature

Effective Date: 08/28/2008
(if different from order date)

Kurt D. Engelhardt - United States District Judge
Printed name and title