IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
(NEW ORLEANS DIVISION)

| | | |
|---|---|---|
| United States of America, | * | 00-253 N(4) |
| Plaintiff, | * | Case No. 00-253 |
| vs. | * | U. S. DISTRICT COURT |
| | | Eastern District of Louisiana |
| Michael Caulfield, | * | FILED  SEP - 8 2008 |
| Defendant. | * | |
| | | LORETTA G. WHYTE |
| | | Clerk |

## NOTICE OF APPEAL

**Comes Now,** Michael Caulfield, Defendant in pro se, and from the District Court's judgment Order of August 18, 2008, denying appellant a two point reduction, timely files Notice of Appeal.

The notice of appeal is also timely filed with regard to the court failure to adhere, or address Caulfields claims under United States v. Booker, 543 U.S. 220 (2005), pursuant to 18 U.S.C. § 3582(c)(2).

The district court, after finding Caulfield eligible for a sentence reduction under amended revision § U.S.S.G. § 2D1.1(a), reduced defendant's sentence by one level. Because the court abused its discretion in which a two point reduction is at least required under Amendment 706, notice of appeal on the above issues is not for purposes of delay.

Dated this 26 day of August 2008

Michael Caulfield
Reg No. 26639-034

TENDERED FOR FILING
SEP - 8 2008
DEPUTY CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LA.

___ Fee
___ Process
_X_ Dktd
_X_ CtRmDep
___ Doc No.



MEMPHIS TN 381
27 AUG 2008 PM 2 T

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

70130/9333

Name: Michael Caulfield
Reg # 26639-034
Federal Correctional Complex-Med
P.O. Box 3000-Medium
Forrest City, AR 72336